**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-cv-5918 OWW LJO |
| ) | |
| Plaintiff, ) | ORDER AFTER SCHEDULING |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| APPROXIMATELY $52,002.00 IN U.S. ) | |
| CURRENCY; ) | |
| ) | |
| APPROXIMATELY $2,530.00 IN U.S. ) | |
| CURRENCY; ) | |
| ) | |
| APPROXIMATELY $11,654.69 IN U.S. ) | |
| CURRENCY SEIZED FROM ACCOUNT ) | |
| NUMBER 11191 EN EL FUTURO CREDIT ) | |
| UNION; AND ) | |
| ) | |
| 2002 DODGE RAM 1500, VIN: ) | |
| 3D7HA18N32G110471, LICENSE ) | |
| NUMBER 61776400, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

I.   Date of Scheduling Conference.

   October 19, 2005.

II.   Appearances Of Counsel.

   Kristi Culver Kapetan, Esq., Assistant United States Attorney, appeared on behalf of Plaintiff.

   No appearance was made on behalf of Defendants, although Mr.

Capozzi telephonically requested that a stay be entered pending the resolution of the related criminal case.

III.  Status of Case.

   1.   Pursuant to the agreement of the parties, this case shall be stayed through and including the resolution of the underlying criminal case, *United States v. Guillermo Cabrera, et al.*, No. 1:04-cr-5029 OWW.

   2.   The parties are ordered to contact the court upon resolution of the criminal case to determine the necessity of further proceedings in this action.

SO ORDERED.

DATED:  October 19, 2005.

                                      /s/ OLIVER W. WANGER
                                      _____
                                            Oliver W. Wanger
                                      **UNITED STATES DISTRICT JUDGE**

usa v. dodge ram sch con