1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  1:04-CV-05918-OWW-GSA
                                      )
12 |         Plaintiff,               )
                                      )
13 |     v.                           )
                                      )
14 | APPROXIMATELY $52,002.00 IN  U.S.)  **FINAL JUDGMENT OF FORFEITURE**
   | CURRENCY;                        )
15 |                                  )
   | APPROXIMATELY $2,530.00 IN U.S.  )
16 | CURRENCY;                        )
                                      )
17 | APPROXIMATELY $11,654.69 IN U.S. )
   | CURRENCY SEIZED FROM ACCOUNT     )
18 | NUMBER 11191 IN EL FUTURO CREDIT )
   | UNION; AND                       )
19 |                                  )
   | 2002 DODGE RAM 1500,             )
20 | VIN:   3D7HA18N32G110471,        )
   | LICENSE NUMBER 6T76400,          )
21 |                                  )
   |         Defendants.              )
22 |_____ )

23         Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

24         1.      This is a civil forfeiture action against defendants approximately $52,002.00 in U.S.

25 Currency, approximately $2,530.00 in U.S. Currency, approximately $11,654.69 in U.S. Currency

26 seized from account number 11191 in El Futuro Credit Union, and 2002 Dodge Ram 1500, VIN:

27 3D7HA18N32G110471, License Number 6T76400.

28 ///

1       2.     A Verified Complaint for Forfeiture *In Rem* was filed on June 30, 2004, seeking the

2 forfeiture of defendants approximately $52,002.00 in U.S. Currency, approximately $2,530.00 in

3 U.S. Currency, approximately $11,654.69 in U.S. Currency seized from account number 11191 in

4 El Futuro Credit Union, and 2002 Dodge Ram 1500, VIN: 3D7HA18N32G110471, License Number

5 6T76400 (hereafter collectively "defendant assets"). The Complaint alleges that the defendant assets

6 are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because

7 the defendant assets constitute moneys or other things of value furnished or intended to be furnished

8 in exchange for a controlled substance or listed chemical, and/or were used or intended to be used

9 to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

10       3.     On June 30, 2004, in accordance with said Complaint, a Warrant and Summons For

11 Arrest for the defendant assets was issued and duly executed on July 6, 2004 on defendants

12 approximately $52,002.00 in U.S. Currency, approximately $2,530.00 in U.S. Currency,

13 approximately $11,654.69 in U.S. Currency seized from account number 11191 in El Futuro Credit

14 Union, and on July 13, 2004 on defendant 2002 Dodge Ram 1500, VIN: 3D7HA18N32G110471,

15 License Number 6T76400. *See* Process Receipt and Returns filed on July 8 and 23, 2004.

16       4.     Notice of the action against the defendant assets appeared by publication on August

17 31, 2004, in *The Visalia Times Delta*, a newspaper of general circulation in the county in which the

18 defendant assets were seized (Tulare County). The Proof of Publication was filed with the Court on

19 September 20, 2004.

20       5.     In addition to the Public Notice of Arrest having been completed, actual notice was

21 personally served upon Jose Luis Cabrera, Faustina Negrete Cabrera, Maria de Jesus Luis Mendoza-

22 Sanchez, and Guillermo Cabrera. Claimants Jose Luis Cabrera, Faustina Negrete Cabrera, and Maria

23 de Jesus Luis Mendoza-Sanchez have each filed a claim and Answer in this action. No other parties

24 have filed claims or answers in this matter, and the time for which any person or entity may file a

25 claim and answer has expired.

26       6.     On January 26, 2006, Claimant Jose Luis Cabrera entered into a Plea Agreement in

27 criminal case *United States v. Guillermo Cabrera, et al.*, 1:04-CR-005029-OWW and pled to the

28 following charges: Conspiracy to Distribute and Possess with the Intent to Distribute

1    Methamphetamine and Cocaine in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A);

2    Possession of Methamphetamine with the Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1)

3    and (b)(1)(A); Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and

4    (b)(1)(B), and other related charges.

5          7.      Claimants Jose Luis Cabrera, Faustina Negrete Cabrera, and Maria de Jesus Luis

6    Mendoza-Sanchez represent and warrant that they are the sole owners of the defendant assets.

7          Based on the above findings, and the files and records of the Court, it is hereby

8          ORDERED AND ADJUDGED:

9          1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and

10   between the parties to this action.

11         2.      Judgment is hereby entered against Claimants Jose Luis Cabrera, Faustina Negrete

12   Cabrera, Maria de Jesus Luis Mendoza-Sanchez , and all other potential claimants who have not filed

13   claims in this action.

14         3.      Upon entry of a Final Judgment of Forfeiture, the defendants approximately

15   $52,002.00 in U.S. Currency, approximately $2,530.00 in U.S. Currency, $9,906.69 of the

16   approximately $11,654.69 in U.S. Currency seized from account number 11191 in El Futuro Credit

17   Union, together with any interest that may have accrued on the $52,002.00, $2,530.00 and

18   $11,654.69, and the defendant 2002 Dodge Ram 1500, VIN: 3D7HA18N32G110471, License

19   Number 6T76400, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be

20   disposed of according to law.

21         4.      Within 45 days after entry of a Final Judgment of Forfeiture herein, $1,748.00 of the

22   defendant approximately $11,654.69 in U.S. Currency seized from account number 11191 in El

23   Futuro Credit Union, shall be returned to Claimant Faustina Cabrera, through her attorney Anthony

24   P. Capozzi, 1233 W. Shaw Avenue, Suite 102, Fresno, CA, 93711.

25         5.      Plaintiff United States of America and its servants, agents, and employees, and all

26   other public entities, their servants, agents, and employees, are released from any and all liability

27   arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant assets.

28   This is a full and final release applying to all unknown and unanticipated injuries, and/or damages

1   arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.  The

2   parties waive the provisions of California Civil Code § 1542.

3         6.       Pursuant to the stipulation of the parties, and the allegations set forth in the Verified

4   Complaint for Forfeiture *In Rem* filed June 30, 2004, the Court finds that there was reasonable cause

5   for the seizure and arrest of the defendant assets, and a Certificate of Reasonable Cause pursuant to

6   28 U.S.C. § 2465 shall be entered accordingly.

7         7.       All parties shall bear their own costs and attorneys' fees.

8         SO ORDERED THIS 12th day of November, 2008.

9

10                                    /s/ OLIVER W. WANGER
                                      OLIVER W. WANGER
11                                    United States District Judge

12

13                        CERTIFICATE OF REASONABLE CAUSE

14        Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations

15   set forth in the Verified Complaint for Forfeiture *In Rem* filed June 30, 2004, the Court enters this

16   Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for

17   the seizure and arrest of the defendant assets.

18   Dated: November 12, 2008            /s/ OLIVER W. WANGER
                                         OLIVER W. WANGER
19                                       United States District Judge

20

21

22

23

24

25

26

27

28